IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMONT DAVIS, NAKEA BLOUNT, and SHAMIKKAH SLAUGHTER, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>HEARTLAND EMPLOYMENT SERVICES, LLC,<br><br>Defendant. | Case No. 1:19-cv-00680<br><br>Judge Valderrama |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW NOT TO EXCEED TWENTY PAGES IN SUPPORT OF THEIR FORTHCOMING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs will soon file their Unopposed Motion for Preliminary Approval of Class Action Settlement. Plaintiffs' Memorandum of Law in support of that Motion will exceed the 15-page limit set by Local Rule 7.1. Plaintiffs expect their Memorandum of Law to be 18 pages. The extra pages are necessary for Plaintiffs to analyze all of the relevant legal and factual issues that support preliminary approval of their class action settlement. As a result, Plaintiffs request leave to file a Memorandum of Law not to exceed 20 pages.

Defendant does not oppose the relief requested by this Motion.

WHEREFORE, Plaintiffs request leave to file a Memorandum of Law not to exceed 20 pages in support of their forthcoming Unopposed Motion for Preliminary Approval of Class Action Settlement.

Dated: March 10, 2021

Respectfully submitted,

/s/Zachary C. Flowerree
*One of Plaintiff's Attorneys*

Douglas M. Werman
dwerman@flsalaw.com
Zachary C. Flowerree
zflowerree@flsalaw.com
Werman Salas P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008

David Fish
dfish@fishlawfirm.com
Mara Baltabols
mara@fishlawfirm.com
The Fish Law Firm, P.C.
200 East 5th Avenue, Suite 123
Naperville, IL 60563
(630) 355-7590

*Attorneys for Plaintiffs and
Others Similarly Situated*

1

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system on March 10, 2021, which will serve a copy on all counsel of record.

/s/ *Zachary C. Flowerree*
*One of the Attorneys for Plaintiffs*