# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAMONT DAVIS, NAKEA BLOUNT, and SHAMIKKAH SLAUGHTER, on behalf of themselves and all other persons similarly situated, known and unknown, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) HEARTLAND EMPLOYMENT SERVICES, ) LLC, ) ) Defendant. ) | Case No. 1:19-cv-00680<br><br>Judge Valderrama |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons stated in their accompanying Memorandum of Law, Plaintiffs, on behalf of themselves and the settlement class they seek to represent, move this Court to grant preliminary approval of the proposed class action settlement and enter their proposed Preliminary Approval Order. Defendant does not oppose this motion.

Dated: April 16, 2021

Respectfully submitted,

/s/Zachary C. Flowerree
*One of Plaintiff's Attorneys*

Douglas M. Werman
dwerman@flsalaw.com
Zachary C. Flowerree
zflowerree@flsalaw.com
**Werman Salas P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

David Fish
dfish@fishlawfirm.com

Mara Baltabols
mara@fishlawfirm.com
**The Fish Law Firm, P.C.**
200 East 5th Avenue, Suite 123
Naperville, IL 60563
(630) 355-7590

*Attorneys for Plaintiffs and
Others Similarly Situated*

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system on April 16, 2021, which will serve a copy on all counsel of record.

/s/ *Zachary C. Flowerree*
*One of the Attorneys for Plaintiffs*