IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMONT DAVIS, NAKEA BLOUNT, and SHAMIKKAH SLAUGHTER, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>HEARTLAND EMPLOYMENT SERVICES, LLC,<br><br>Defendant. | Case No. 1:19-cv-00680<br><br>Judge Valderrama |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons stated in their accompanying Memorandum of Law, Plaintiffs, on behalf of themselves and members of the Settlement Class, request that the Court grant final approval of the parties' class action settlement and enter their proposed Final Approval Order, which they will submit to the Court's proposed order email address.

Respectfully submitted,

Dated: October 4, 2021

/s/Zachary C. Flowerree
*One of the Attorneys for Plaintiffs and the Settlement Class*

David Fish
(dfish@fishlawfirm.com)
Mara Baltabols
(mara@fishlawfirm.com)
**Fish Potter Bolaños, P.C.**
200 East 5th Avenue, Suite 123
Naperville, IL 60563
(312) 861-1800

Douglas M. Werman
(dwerman@flsalaw.com)
Zachary C. Flowerree
(zflowerree@flsalaw.com)
**Werman Salas P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

1

*Attorneys for Plaintiffs and
the Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served on Defendant's counsel of record via the Court's electronic case filing system on the date reflected in the Court's electronic case filing records.

/s/Zachary C. Flowerree