**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Lamont Davis, et al.

                                Plaintiff,

v.                                                        Case No.: 1:19−cv−00680
                                                         Honorable Franklin U. Valderrama

Heartland Employment Services, LLC

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 25, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: Final approval hearing held on 10/25/2021. All parties and certain settlement class members appeared telephonically. For the reasons stated in open court, the Court grants final approval of settlement, Plaintiffs' Motion for Attorney Fees, Litigation Costs, Settlement Administration Costs, and Service Awards [125], and Plaintiffs' Motion for Final Approval of Class Action Settlement [126]. Enter Final Approval Order. The civil case is terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.